Paul H. Trimble, administrator of the estate of Trurie Trimble, deceased, appellee, v. Aubrey C. Sturtevant, administrator of the estate of Clayton R. Johnson, deceased, appellant. Gen. No. 8,619.

Opinion filed July 12, 1934.

Ward, Ward & Scheineman, for appellant. McCalmont, Ramsay & Little, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Fred C. Albrecht, plaintiff in error. Gen. No. 8,799.

Opinion filed July 12, 1934.

R. W. Marrow, for plaintiff in error. C. W. Reed, State's Attorney, for defendant in error; Russell W. Keeney and William E. Hooper, Assistant State's Attorneys, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

John Kenney and Sons Contracting Company, Inc., appellee, v. P. A. Whitney, appellant. Gen. No. 8,615.

Opinion filed July 12, 1934.

McCalmont, Ramsay & Little, for appellant. No appearance for appellee.

Per curiam.

Walter Rodholm, appellee, v. George O. Ashman, appellant. Gen. No. 8,801.

Opinion filed August 3, 1934. Rehearing denied September 11, 1934.

DeGoy B. Ellis and Paul M. Hamilton, for appellant. A. B. Litow and Charles G. Seidel, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.